CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 28 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY D. CROSBY,<br>Plaintiff, | Civil Action No. 7:11-cv-00181 |
| v. | **ORDER** |
| M. HAMILTON, et al.,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED** without prejudice; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action once he can pay the $350 filing fee or file the necessary financial forms to proceed without prepaying the filing fee.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 28th day of June, 2011.

Senior United States District Judge